NUMBER 13-01-496-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


RALPH CASTILLO HAWKINS, ET AL. , Appellants,


v.


ANTHONY ROBERT TIDRICK , Appellee.

____________________________________________________________________


On appeal from the 24th District Court

of Victoria County, Texas.

____________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



 Appellants, RALPH CASTILLO HAWKINS, ET AL. , perfected an appeal from a judgment entered by the 24th District
Court of Victoria County, Texas, in cause number 98-6-52,133-A . After the record was filed, the parties filed a joint
motion to vacate the trial court's judgment and to dismiss. In the motion, the parties state that the parties have entered into
a settlement agreement and release that disposes of the controversy made the basis of this cause. The parties state that
because the appeal and the underlying cause are now moot, the proper appellate disposition is an order vacating the court's
judgment and dismissing the cause.

 The Court, having considered the documents on file and the joint motion to vacate the trial court's judgment and to
dismiss, is of the opinion that the motion should be granted. The joint motion to vacate the trial court's judgment and to
dismiss is granted. The judgment of the trial court is VACATED, and the cause is DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of October, 2001 .